**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

**American Small Business League,**

        Plaintiff(s),

v.

**United States Department of the Army**,

        Defendant(s),
_____/

No. **C10-1600 LB**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has reset the Initial Case Management Conference for **August 5, 2010** at **1:30 p.m.** before the Honorable Laurel Beeler. The joint case management conference statement is due seven (7) days prior to the conference. The previous set date of **July 29, 2010** at **1:30 p.m.** is hereby **VACATED**.

Please report to courtroom 4, on the 3rd floor, U.S. Courthouse, 1301 Clay Street, Oakland, CA 94612.

Dated: April 19, 2010

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
    Lashanda Scott
    Courtroom Deputy