1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
5     1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: (510) 637-3697
6     FAX: (510) 637-3724
7  Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11
12  AMERICAN SMALL BUSINESS LEAGUE,        )
                                           )  No. C 10-1600-LB
13                  Plaintiff,             )
                                           )
14         v.                              )  **STIPULATION TO EXTEND DATE OF**
                                           )  **CASE MANAGEMENT CONFERENCE;**
15                                         )  **AND ~~[PROPOSED]~~ ORDER**
    UNITED STATES DEPARTMENT OF THE        )
16  ARMY,                                  )
                                           )
                    Defendant.             )
17  _____    )

18
19         Plaintiff, by and through its attorney of record, and Defendant, by and through its attorneys

20  of record, hereby stipulate, subject to approval of the Court, to extend the date of the case

21  management conference in the above-captioned matter from August 5, 2010, at 1:30 p.m. to

22  September 2, 2010, at 1:30 p.m., in light of the fact that the parties are actively exploring ways of

23  resolving this matter short of further litigation and believe that a four-week extension of the case

24  management conference will aid their settlement discussions.

    //
25  //
26  //
27  //
28

1  DATED:  July 20, 2010                    JOSEPH R. RUSSONIELLO
                                            United States Attorney
2
                                              /s/
3                                           EDWARD A. OLSEN
                                            Assistant United States Attorney
4                                           Attorneys for Defendant

5

6
   DATED: July 20, 2010                       /s/
7                                           ROBERT E. BELSHAW
                                            Attorney for Plaintiff
8

9
                              [PROPOSED] ORDER
10
          Pursuant to stipulation, IT IS SO ORDERED.
11
   DATED: __July 22_____, 2010
12                                          LAUREL _____
                                            United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28