MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
   FAX: (510) 637-3724

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE ARMY, <br><br> Defendant. | No. C 10-1600-LB <br><br> **STIPULATION TO A SECOND EXTENSION OF THE DATE OF THE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

     Plaintiff, by and through its attorney of record, and Defendant, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to again extend the date of the case management conference in the above-captioned matter from September 2, 2010, at 1:30 p.m. to December 9, 2010, at 1:30 p.m., in light of the fact that the parties are continuing to actively explore ways of resolving this matter short of further litigation and believe that a three-month extension of the case management conference will greatly aid their settlement discussions.

//

//

//

//

| | | |
|---|---|---|
| 1 | DATED: August 24, 2010 | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 4 | | Attorneys for Defendant |

DATED: August 24, 2010

/s/
ROBERT E. BELSHAW
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: __August 24__, 2010

_____
LAUREL BEELER
United States Magistrate Judge

GRANTED
Judge Laurel Beeler