1  MELINDA HAAG (SBN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (SBN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:    (415) 436-7155
6      Facsimile:    (415) 436-6927
       Email:  neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES DEPARTMENT OF THE ARMY

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12
   AMERICAN SMALL BUSINESS        )    No. C 10-1600 LB
13 LEAGUE,                        )
                                  )    **STIPULATION TO A THIRD**
14            Plaintiff,          )    **EXTENSION OF THE DATE OF THE**
                                  )    **INITIAL CASE MANAGEMENT**
15      v.                        )    **CONFERENCE; [PROPOSED] ORDER**
                                  )
16 UNITED STATES DEPARTMENT OF    )
   THE ARMY,                      )
17                                )
              Defendant.          )
18 _____

19       Plaintiff, by and through its attorney of record, and Defendant, by and through its

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to again extend the

21 date of the initial case management conference in the above-captioned matter from December 9,

22 2010, at 1:30 p.m., to February 10, 2011, at 1:30 p.m.  The parties continue to make progress

23 toward resolving this matter without the need for further litigation and are optimistic that with

24 additional time, this progress will continue and resolve the case.  On November 15, 2010,

25 Defendant released numerous responsive documents to Plaintiff.  There remain some documents

26 outstanding, which the parties expect to meet and confer about shortly to determine whether they

27 need to be searched for and released by Defendant.  The parties believe that the requested

28 extension of the date of the initial case management conference will greatly aid their settlement

1  discussions while minimizing the costs to the parties and without unnecessarily utilizing the

2  Court's time and resources.

3

4

5  DATED: December  2, 2010          By:      _____/s/_____

6                                              ROBERT E. BELSHAW
                                               Attorney for Plaintiff

7

8                                              MELINDA HAAG
                                               United States Attorney

9

10  DATED: December 2, 2010          By:      _____/s/_____

11                                             NEILL T. TSENG
                                               Assistant United States Attorney

12                                             Attorneys for Defendant

13

14  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

15

16

17  DATED:    December 2, 2010

18                                             _____
                                               HONORABLE LAUREL BEELER
                                               UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28