1  ROBERT E. BELSHAW (SBN 142028)
   OF COUNSEL
2  GUTIERREZ & ASSOCIATES
   244 California St. Ste. 300
3  San Francisco, California 94111
   Telephone: (415) 956-9590
4  Facsimile: (415) 986-8606

5  Attorneys for Plaintiff
   American Small Business League
6

7  MELINDA HAAG (SBN 132612)
   United States Attorney
8  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
9  NEILL T. TSENG (SBN 220348)
   Assistant United States Attorney
10
        450 Golden Gate Avenue, 9th Floor
11      San Francisco, California 94102-3495
        Telephone:   (415) 436-7155
12      Facsimile:   (415) 436-6927
        Email:  neill.tseng@usdoj.gov
13
   Attorneys for Defendant
14 UNITED STATES DEPARTMENT OF THE ARMY

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                          OAKLAND DIVISION
18

19 AMERICAN SMALL BUSINESS      )   No. C 10-1600 LB
   LEAGUE,                      )
                                )   **STIPULATION TO A FOURTH**
20         Plaintiff,           )   **EXTENSION OF THE DATE OF THE**
                                )   **INITIAL CASE MANAGEMENT**
21      v.                      )   **CONFERENCE; [PROPOSED] ORDER**
                                )
22 UNITED STATES DEPARTMENT OF  )
   THE ARMY,                    )
23                              )
           Defendant.           )
24

25      Subject to the approval of the Court, the parties, by and through their attorneys of record,

26 hereby stipulate to extend the date of the initial case management conference in the above-

27 captioned matter from February 10, 2011, at 10:30 a.m. to April 14, 2011, at **10:30 a.m.** The

28 parties believe a settlement is imminent.  It appears that the substantive issues in this case have

been resolved and that the only remaining issue is attorneys' fees and costs. Defendant has released responsive documents to plaintiff pertaining to contracts where the Army Material Command (the "AMC") was the records custodian. Plaintiff has agreed to file separate FOIA requests for the remaining contracts belonging to organizations outside of the AMC. This is the fourth request for an extension of the date of the initial case management conference.

DATED: February 3, 2011        By:        /s/
                                    ROBERT E. BELSHAW
                                    Attorney for Plaintiff


                                    MELINDA HAAG
                                    United States Attorney


DATED: February 3, 2011        By:        /s/
                                    NEILL T. TSENG
                                    Assistant United States Attorney
                                    Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED:  February 4, 2011
                                    IT IS SO ORDERED
                                    /s/ LB
                                    Judge Laurel Beeler
                                    _____
                                    HONORABLE LAUREL BEELER
                                    UNITED STATES MAGISTRATE JUDGE

STIP. TO A FOURTH EXTENSION OF THE DATE OF THE INITIAL CMC; [PROPOSED] ORDER
C 10-1600 LB                                2